### 6193.   LESTER *v*. CONE.

BROYLES, J. A certiorari bond not approved by the magistrate who tried the case is void. Under the rulings in *Southern Ry. Co.* v. *Oliver*, 13 *Ga. App.* 5 (78 S. E. 684), and *Dykes* v. *Twiggs County*, 115 *Ga.* 698 (42 S. E. 36), the fact that the trial magistrate certifies that "all costs have been paid by the petitioner and he has given bond as required by law" is not an equivalent or sufficient substitute for such approval. Accordingly the judge of the superior court did not err in dismissing the certiorari in this case.                    *Judgment affirmed.*
                    DECIDED JULY 2, 1915.

Certiorari; from Bulloch superior court—Judge Rawlings. November 5, 1914.

*H. B. Strange,* for plaintiff in error.
*F. T. Lanier,* contra.